IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR MURRAY,

      Plaintiff,                    No. CIV S-04-1367 MCE GGH P

    vs.

H.D.S.P. MEDICAL CARE, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On January 28, 2005, the court ordered the United States Marshal to serve the amended complaint on defendants. Process directed to defendant Dr. Brown was returned unserved because "per CDC personnel svcs, unable to locate def. returned unexecuted." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the amended complaint filed October 8, 2004; and

4  2. Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7  a. One completed USM-285 form for defendant Dr. Brown;

8  b. Two copies of the endorsed amended complaint filed October 8, 2004;

9  and

10  c. One completed summons form (if not previously provided)

11  or show good cause why he cannot provide such information.

12  DATED: 6/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
murr1367.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR MURRAY,

        Plaintiff,                   No. CIV S-04-1367 MCE GGH P

    vs.

H.D.S.P. MEDICAL CARE, et al.,

        Defendants.          NOTICE OF SUBMISSION

_____/     OF DOCUMENTS

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         One         completed summons form

         One         completed USM-285 form

         Two         copies of the October 8, 2004 Amended Complaint

DATED:

_____
Plaintiff