IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR MURRAY,

    Plaintiff,               No. CIV S-04-1367 MCE GGH P

    vs.

H.D.S.P. MEDICAL CARE, et al.,

    Defendants.        <u>ORDER</u>

                              /

        On June 15, 2005, plaintiff filed a request for an extension of time to respond to defendants' interrogatories and request for admissions. That document was not served on defendants as required by Fed. R. Civ. P. 5. Nevertheless, the court will grant plaintiff's request. Plaintiff is informed that all documents filed with the court must be served on defense counsel. The court will strike any future documents filed by plaintiff that do not contain proper proof of service.

/////

/////

/////

/////

/////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's June 15, 2005 request
2 for an extension of time is granted; plaintiff's responses to defendants' interrogatories and
3 request for admissions are due thirty days from the date of this order.
4 DATED: 7/1/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
murr1367.35