**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Erick C. Turner, CSB #236186

Attorneys for defendants
GLENN JAMES, M.D.,
JEFFREY ROHLFING, M.D. (sued erroneously
herein as "Dr. Ralfing"), L. DIAL, M.D., ROGER COX, M.D.,
S. MICHAEL ROCHE, M.D., RICHARD SANDHAM, M.D.,
HAROLD WAGNER, CCII, DANETTE JACKSON, CCII
and TOM FELKER

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES TAYLOR MURRAY,<br><br>            Plaintiff,<br><br>vs.<br><br>H.D.S.P. MEDICAL CARE, DR. BROWN, DR. JAMES, DR. RALFING, DR. DIAL, DR. COX, DR. ROCHE, DR. SANDHAM, CCII WAGNER, CCII JACKSON and T. FELKER,<br><br>            Defendants. | CASE NO: CIV S 041367 MCE GGH P<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS DIAL, SANDHAM AND BROWN** |

///

///

IT IS HEREBY STIPULATED by and between the parties to this action that defendants LINO DIAL, M.D., RICHARD SANDHAM, M.D. and DR. BROWN be, and hereby are, dismissed, with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys' fees.

Dated: 11/18/05

By: /s/ KATHLEEN J. WILLIAMS
KATHLEEN J. WILLIAMS, CSB #127021
Attorneys for defendants GLENN JAMES, M.D., JEFFREY ROHLFING, M.D. L. DIAL, M.D., ROGER COX, M.D., S. MICHAEL ROCHE, M.D., RICHARD SANDHAM, M.D., HAROLD WAGNER, CCII, DANETTE JACKSON, CCII and TOM FELKER

Dated:

By: /s/ JAMES TAYLOR MURRAY original signature retained by attorney
JAMES TAYLOR MURRAY, plaintiff In Pro Per

**IT IS SO ORDERED**

Dated: 12/2/05          /s/ Gregory G. Hollows
                        _____
                                    Judge

mur1367.sti