**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Erick C. Turner, CSB #236186

Attorneys for defendants
GLENN JAMES, M.D., JEFFREY ROHLFING, M.D.
(sued erroneously herein as "Dr. Ralfing"), ROGER COX, M.D.,
S. MICHAEL ROCHE, M.D., HAROLD WAGNER, CCII,
DANETTE JACKSON, CCII and TOM FELKER

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES TAYLOR MURRAY,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>H.D.S.P. MEDICAL CARE, DR. BROWN,  )<br>DR. JAMES, DR. RALFING, DR. DIAL,  )<br>DR. COX, DR. ROCHE, DR. SANDHAM,  )<br>CCII WAGNER, CCII JACKSON and T.  )<br>FELKER,  )<br>  )<br>Defendants.  )<br>_____ ) | CASE NO: CIV S 041367 MCE GGH P<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT GLENN JAMES, M.D.** |

///

///

*Murray v. HDSP* [Civ S 04-1367 MCE GGH P]/Stipulation for Dismissal of Glenn James, M.D.                         Page 1

IT IS HEREBY STIPULATED by and between the parties to this action that defendant GLENN JAMES, M.D. be and hereby is, dismissed with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1)(II), each side to bear its own costs and attorneys' fees.

Dated: 3/1/06      /s/ "James Taylor Murray" original signature retained by counsel
           JAMES TAYLOR MURRAY, plaintiff, pro per

Dated: 3/8/06      WILLIAMS & ASSOCIATES

           By: /s/ "Erick C. Turner" original signature retained by counsel
               ERICK C. TURNER, CSB 236186
               Attorneys for defendants
               GLENN JAMES, M.D., JEFFREY ROHLFING, M.D.,
               ROGER COX, M.D., S. MICHAEL ROCHE, M.D.,
               HAROLD WAGNER, CCII, DANETTE JACKSON,
               CCII and TOM FELKER

**IT IS SO ORDERED**

Dated: 3/22/06     /s/ Gregory G. Hollows
           _____
           UNITED STATES MAGISTRATE JUDGE

mur1367.stip

---

*Murray v. HDSP* [Civ S 04-1367 MCE GGH P]/Stipulation for Dismissal of Glenn James, M.D.         Page 2