IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR MURRAY,

    Plaintiff,                    No. CIV S-04-1367 MCE GGH P

    vs.

H.D.S.P. MEDICAL CARE, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On November 23, 2005, defendants filed a motion to compel. Plaintiff has not filed an opposition.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall show cause why defendants' November 23, 2005, motion to compel should not be granted.

DATED: 5/2/06

                                      /s/ Gregory G. Hollows

                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

ggh:kj
murr1367.osc