IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR MURRAY,

    Plaintiff,                    No. CIV S-04-1367 MCE GGH P

   vs.

H.D.S.P. MEDICAL CARE, et al.,

    Defendants.          <u>ORDER</u>

                          /

        On November 23, 2005, defendants filed a motion to compel. Plaintiff did not file an opposition. Accordingly, on May 3, 2006, the court ordered plaintiff to show cause within ten days why defendants' motion should not be granted. Ten days passed and plaintiff did not respond to this order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' November 23, 2005, motion to compel is granted;

        2. Within twenty days of the date of this order, plaintiff shall provide defendants with supplemental responses to the discovery requests described in the motion to compel.

DATED: 6/28/06

                                      /s/ Gregory G. Hollows

murr1367.com                           GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE