IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR MURRAY,

    Plaintiff,                    No. CIV S-04-1367 MCE GGH P

    vs.

H.D.S.P. MEDICAL CARE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Pending before the court is defendants' July 25, 2006, motion for terminating sanctions. For the following reasons, plaintiff is ordered to file a supplemental opposition to this motion.

        On November 23, 2005, defendants filed a motion to compel. Plaintiff did not file an opposition. Accordingly, on May 3, 2006, the court ordered plaintiff to show cause within ten days why defendants' motion should not be granted. Ten days passed and plaintiff did not respond. Accordingly, on June 28, 2006, the court granted the motion to compel and ordered plaintiff to provide defendants with supplemental responses within twenty days. On July 25, 2006, defendants filed the pending motion. Defendants state that plaintiff did not provide the supplemental responses as ordered by the court on June 28, 2006.

        On August 16, 2006, plaintiff filed an opposition to defendants' motion for terminating sanctions. Plaintiff claims that he did not receive the May 3, 2006, and June 28,

1

1  2006, orders.  Plaintiff states that he needs additional time to obtain the mail log to prove that he
2  did not receive these orders.
3        Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this
4  order, plaintiff shall file copies of the mail logs supporting his claim that he did not receive the
5  May 3, 2006, and June 28, 2006, orders.
6  DATED: 11/15/06

                /s/ Gregory G. Hollows

                UNITED STATES MAGISTRATE JUDGE

murr1367.ord

2