IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TAYLOR MURRAY,

    Plaintiff,     No. CIV S-04-1367 MCE GGH P

    vs.

H.D.S.P. MEDICAL CARE, et al.,

    Defendants.     ORDER

_____/

    On September 28, 2006, defendant Wagner filed a summary judgment motion. On November 27, 2006, plaintiff filed an opposition to this motion. In his opposition, plaintiff requests that defendant Wagner be dismissed from this action.

    Accordingly, IT IS HEREBY ORDERED that defendant Wagner shall notify this court, within ten days, whether he has any objection to his dismissal from this action. Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 12/20/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

murr1367.vol

1